IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH ELLSWORTH,<br><br>        Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>        Defendant. | Civil Action No. 5:14-cv-02085-NIQA |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Deborah Ellsworth, and Defendant, Navient Solutions, Inc., formerly known as Sallie Mae, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned case with prejudice.

Respectfully submitted:

/s/ Gregory Gorski
Gregory Gorski, Esquire
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
215-735-8600
*Counsel for Plaintiff,*
*Deborah Ellsworth*

/s/ Parker V. Sherry
Eric M. Hurwitz, Esquire
Parker V. Sherry, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
(215) 564-8000
*Counsel for Defendant,*
*Navient Solutions, Inc.,*
*formerly known as Sallie Mae, Inc.*

APPROVED BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, U.S.D.J.
FEB. 2, 2015